## TOLEDO-FLORES v. UNITED STATES

No. 05–7664.   Argued October 3, 2006—Decided December 5, 2006

*Timothy Crooks* argued the cause for petitioner.   With him on the briefs were *Marjorie A. Meyers, H. Michael Sokolow,* and *Brent E. Newton.*

*Deputy Solicitor General Kneedler* argued the cause for the United States.   With him on the brief were *Solicitor General Clement, Assistant Attorneys General Keisler* and *Fisher, Deputy Solicitor General Dreeben, Patricia M. Millett,* and *Donald E. Keener.*\*

PER CURIAM.

The writ of certiorari is dismissed as improvidently granted.

*It is so ordered.*

---

\*Briefs of *amici curiae* urging reversal were filed for the American Bar Association by *Michael S. Greco* and *David W. DeBruin;* for the Asian American Justice Center et al. by *Jayashri Srikantiah;* for Human Rights First by *Linda T. Coberly* and *Gene C. Schaerr;* for the National Association of Federal Defenders et al. by *Henry J. Bemporad* and *Frances H. Pratt;* and for the NYSDA Immigrant Defense Project et al. by *Christopher J. Meade, Steven R. Shapiro, Lucas Guttentag, Marianne C. Yang,* and *Manuel D. Vargas.*

A brief of *amici curiae* urging affirmance was filed for the State of Texas et al. by *Greg Abbott,* Attorney General of Texas, *R. Ted Cruz,* Solicitor General, *Kent C. Sullivan,* First Assistant Attorney General, *Don Clemmer,* Deputy Attorney General, and *Amy Warr,* Assistant Solicitor General, and by the Attorneys General for their respective States as follows: *Mike Beebe* of Arkansas, *John W. Suthers* of Colorado, *Carl C. Danberg* of Delaware, *Lawrence Wasden* of Idaho, *Phill Kline* of Kansas, *Kelly A. Ayotte* of New Hampshire, *Thomas W. Corbett, Jr.,* of Pennsylvania, *Mark L. Shurtleff* of Utah, and *Robert F. McDonnell* of Virginia.